# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff(s),

vs.

JUAN MIGUEL PENA,

          Defendant(s).

2:16-cr-00206-GMV-VCF

## SUBSTITUTION OF ATTORNEY

__JUAN MIGUEL PENA__ (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

__Daniel J. Albregts, Esq.__
(New Attorney)

(Address): 601 S. Tenth Street, Suite 202, Las Vegas, NV 89101

(Telephone): (702) 474-4004, as attorney of record in place and

stead of: __John G. George, Esq.__
(Present Attorney)

DATED: 12/22/16

(Signature of Party)

I consent to the above substitution.

DATED: 1/3/17

(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: __12/22/16__                    _____
                                           (Signature of New Attorney)
4
5  Please check one:__X__ RETAINED, or _____ APPOINTED BY THE COURT
6
7                                  APPROVED:
8
9  DATED: __January 5, 2017__      _____
10                                 UNITED STATES ~~DISTRICT~~ JUDGE
11                                           Magistrate

2

6/95